UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FILENE'S BASEMENT, RETAIL VENTURES, INC., and DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 04-12583 PBS <br><br> CIVIL ACTION NO. _____ |

Pursuant to Massachusetts Rule of Court 7.3, Plaintiff hereby states that it does not have a parent corporation and no publicly owned company owns ten percent (10%) or more of its stock.

DATED:   December 9, 2004

L'KORAL, INC.,

By its attorneys,

_____
Samual A. Miller (BBO #648568)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

OF COUNSEL:

Michael R. Heimbold (California Bar No. 173981)
Yakub Hazzard (California Bar No. 150242)
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Suite 4000 North
Santa Monica, CA 90404
(310) 255-9021

814056_1.DOC
{B0353868; 1}