AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

L'KORAL, INC.

V.

FILENE'S BASEMENT,
RETAIL VENTURES, INC.,
and DOES 1-10

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 04 - 12583 PBS

TO: (Name and address of Defendant)

Filene's Basement, Inc.
12 Gill Street, Suite 1600
Woburn, MA   01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel A. Miller, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA   02109

an answer to the complaint which is served on you with this summons, within ___twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DEC    2004

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/13/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| George Hebert | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left with authorized agent- Corporate Service Co. Bernardo Montanez (Employee) Address: 84 State St. Boston, MA 02108

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/13/04___          _____
                Date                    Signature of Server

                        6 Beacon St. Boston, MA 02108
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.