AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT



District of  Massachusetts

L'KORAL, INC.

        V.

FILENE'S BASEMENT,
RETAIL VENTURES, INC.,
and DOES 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04 - 12583 PBS

TO: (Name and address of Defendant)

Retail Ventures, Inc.
3241 Westerville Road
Columbus, OH  43224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samual A. Miller, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_(signature)_

DEC 10 2004

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12-28-04 at 2:00 P.M |
| NAME OF SERVER (PRINT)  BOB BATEMAN | TITLE  OWNER |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: RETAIL VENTURES INC. C/O EMILIA CARTER, HR ADMINISTRATOR AT 3241 WESTERVILLE RD. COLUMBUS, OHIO 43224

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/04
       Date

Signature of Server: Bob Bateman

4456 Winchester Southern Rd.
Canal Winchester, Ohio 43110
Address of Server

Sworn to me on this 28th day of December 2004

LISA M. CANTER
Notary Public, State of Ohio
My Commission Expires 10-31-06
Franklin County
Lisa M. Canter

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# SULLIVAN & WORCESTER

Sullivan & Worcester LLP  
One Post Office Square  
Boston, MA 02109

T 617 338 2800  
F 617 338 2880  
www.sandw.com

January 11, 2005

Ms. Christine Patch  
Clerk's Office for Civil Business  
United States District Court  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA  02210

Re:   L'Koral, Inc. v. Filene's Basement, Retail Ventures, Inc., and Does 1-10  
      Civil Action No. 04-12583 PBS

Dear Ms. Patch:

Further to our telephone conversation this morning, I enclose for filing in the above-referenced action a corrected Proof of Service of Process on Retail Ventures, Inc.  There is a return of service (and the original summons) on file with you for service of process on this defendant, but the agent that originally accepted service for Retail Ventures, Inc. later returned the summons for Retail Ventures to us.  We then had it served on Retail Ventures in Ohio, at its principal place of business.  I would appreciate your date stamping the enclosed copy and returning it to my attention in the self-addressed stamped envelope.

Thank you for your assistance in this matter.

Sincerely,

Kathleen Broderick Baird  
Litigation Paralegal

Direct line:  617 338 2809  
kbaird@sandw.com

Enclosures

cc:    Samual A. Miller, Esq. (without enclosures)