UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'Koral, Inc.<br><br>　　　　Plaintiff,<br><br>v.<br><br>Filene's Basement, and Retail Ventures, Inc.<br><br>　　　　Defendants.<br><br>Filene's Basement, and Retail Ventures, Inc.<br><br>　　　　Third-Party Plaintiffs<br><br>v.<br><br>Chic Lady, Ltd.<br><br>　　　　Third-Party Defendant. | Case No. 04-12583PBS<br>Judge Saris<br>Magistrate Judge Cline |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to LR 7.3, Defendants/Third-Party Plaintiffs Filene's Basement, Inc. and Retail Ventures, Inc. state that Filene's Basement, Inc. is a subsidiary of Retail Ventures, Inc., which is a publicly-traded company that is traded on the New York Stock Exchange.

　　　　　　　　　　　　　　　　　　　Filene's Basement, Inc. and Retail
　　　　　　　　　　　　　　　　　　　Ventures, Inc.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Kurt S. Kusiak (BBO # 559254)
　　　　　　　　　　　　　　　　　　　John Miller (BBO # 567563)
　　　　　　　　　　　　　　　　　　　Trial attorneys for Defendants
　　　　　　　　　　　　　　　　　　　Sally & Fitch
　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　30th Floor
　　　　　　　　　　　　　　　　　　　Boston Massachusetts  02110-2804
　　　　　　　　　　　　　　　　　　　Telephone: (617) 542-5542
　　　　　　　　　　　　　　　　　　　Facsimile: (617) 542-1542

1

**OF COUNSEL:**

Theodore R. Remaklus, Esq.
tremaklus@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio
45202
Telephone: (513) 241-2324
Facsimile: (513) 421-7269

## CERTIFICATE OF SERVICE

I hereby certify that on January 24th, 2005, I caused a true copy of the foregoing document to be served by overnight delivery upon the following:

>Samuel A. Miller at Sullivan & Worchester LLP, One Post Office Square, Boston Massachusetts 02109
>
>Michael R. Heimbold
>Yakub Hazzard
>Alschuler Grossman Stein & Kahan LLP
>1620 26th Street
>Suite 4000 North
>Santa Monica, CA 90404

By: _____
John Miller (BBO # 567563)
jm@sally-fitch.com
Trial attorneys for defendants
Sally & Fitch
225 Franklin Street
30th Floor
Boston Massachusetts 02110-2804
Telephone: (617) 542-5542
Facsimile: (617) 542-1542