

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

**By Electronic Filing and
First Class Mail**

February 28, 2005

Hon. Patti B. Saris
United States District Judge
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Suite 8110
Boston, MA  02210

Re:   **L'Koral, Inc. v. Filene's Basement, Inc., et al., Civil Action No. 04-12583 PBS**

Dear Judge Saris:

This office represents L'Koral in the above-referenced action.

On March 11, 2005, the parties in the above-referenced action will be participating in an initial scheduling conference.  While I will be participating in person in the scheduling conference, L'Koral also has California-based counsel that wishes to participate by telephone, if possible, in order to spare our client the expense of cross-country travel for this important but short conference.  Accordingly, we respectfully request your permission for Attorney Yakub Hazzard to attend and participate in the March 11 conference on behalf of the plaintiff by telephone connection.  We would be happy to make whatever arrangements are necessary for this to occur.

Please contact us if you have any questions or concerns, and thank you for your consideration of this request.

Sincerely,


/s/Samual A. Miller
_____


Direct line:  617 338 2435
smiller@sandw.com

cc:   Michael R. Heimbold, Esq. (by electronic mail)
      Yakub Hazzard, Esq. (by electronic mail)
      Jeffrey L. Laytin, Esq. (by electronic mail)
      Kurt Kusiak, Esq. (by facsimile and first class mail)
      Theodore Remaklus, Esq. (by facsimile and first class mail)
      Robert A. Schachter, Esq. (by facsimile and first class mail)

{B0381302; 1}
BOSTON   NEW YORK   WASHINGTON, DC