UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., ) | Case No. 04-12583PBS |
| ) | Judge Saris |
| Plaintiff, ) | Magistrate Judge Cline |
| ) | |
| v. ) | |
| ) | |
| FILENE'S BASEMENT, INC. AND ) | |
| RETAIL VENTURES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| FILENES BASEMENT, INC. AND ) | |
| RETAIL VENTURES, INC., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHIC LADY, LTD., ) | |
| ) | |
| Third-Party Defendant. ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Third-Party Defendant Chic Lady, LTD.

    /s/ Charles P. Kindregan
Charles P. Kindregan, Esq. (BBO #554947)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800
ckindregan@lgllp.com