UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FILENE'S BASEMENT, INC. AND RETAIL VENTURES, INC.,<br><br>    Defendants.<br><br>FILENES BASEMENT, INC. AND RETAIL VENTURES, INC.,<br><br>    Third-Party Plaintiffs,<br>v.<br><br>CHIC LADY, LTD.,<br><br>    Third-Party Defendant. | Case No. 04-12583PBS<br>Judge Saris<br>Magistrate Judge Cline |

## JOINT STATEMENT PURSUANT TO
## FED. R. CIV. P. 26(f) AND LR 16.1

Counsel for plaintiff L'Koral, Inc. ("L'Koral"), defendants and third-party plaintiffs Filene's Basement, Inc. and Retail Ventures, Inc. (the "Filene's Defendants"), and third-party defendant Chic Lady, Ltd. ("Chic Lady"), having conferred to discuss the status of the case, possibilities for a prompt settlement or resolution of the case, and how discovery should proceed, hereby propose to the Court the following Joint Statement in accordance with Fed. R. Civ. P. 26(f) and LR 16.1:

A.    **Discovery Plan:**

    1.    All fact discovery shall be completed no later than July 29, 2005.

2.Expert report(s) shall be served no later than August 31, 2005.

3.Rebuttal expert report(s) shall be served no later than September 30, 2005.

4.Expert depositions shall be conducted no later than October 31, 2005.

**B.Magistrate Judge:**

The parties are not prepared at this point to assent to trial by a magistrate judge.

**C.Other items:**

1.Any dispositive motions shall be filed no later than November 30, 2005.

2.Certifications by L'Koral, the Filene's Defendants, and Chic Lady pursuant to LR 16.1(D)(3) will be filed separately.

The parties agree that the dates listed in Sections A and C above may be altered upon stipulation or Order of the Court.

Dated:March 4, 2005

Respectfully submitted,

| | |
|---|---|
| **L'KORAL, INC.** | **FILENE'S BASEMENT, INC. AND RETAIL VENTURES, INC.** |
| By its attorneys, | By their attorneys, |
| /s/Samual A. Miller | /s/Kurt S. Kusiak |
| Samual A. Miller (BBO# 648568) | Kurt S. Kusiak (BBO#559254) |
| *smiller@sandw.com* | *ksk@sally-fitch.com* |
| Sullivan & Worcester LLP | Sally & Fitch |
| One Post Office Square | 225 Franklin Street |
| Boston, Massachusetts  02109 | Boston, Massachusetts  02110 |
| (617) 338-2800 | (617) 542-5542 |

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| Michael R. Heimbold (California Bar No. 173981)<br>Yakub Hazzard (California Bar No. 150242)<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, Suite 4000 North<br>Santa Monica, CA 90404<br>(310) 255-9021 | Theodore R. Remaklus<br>Wood, Herron & Evans LLP<br>2700 Carew Tower<br>Cincinnati, Ohio 45202<br>(513) 241-2324 |

**CHIC LADY, LTD.**

By its attorneys,


/s/     Charles Kindregan
Charles Kindregan (BBO# 554947)
Looney & Grossman LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800

Of Counsel:

Robert A. Schachter
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105-0143
(212) 603-6300

{B0377989; 1}