UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FILENE'S BASEMENT, INC. AND RETAIL VENTURES, INC., <br><br> Defendants and . Third-Party Plaintiffs, <br><br> v. <br><br> CHIC LADY, LTD., <br><br> Third-Party Defendant. | Civil Action No. 04-12583 (PBS) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Counsel for plaintiff L'Koral, Inc. has conferred with Michael Rosen, an authorized representative of L'Koral, Inc., in accordance with Local Rule 16.1(D)(3) and hereby submits the following certification:

Counsel and client hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the above-captioned litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mini-trial, summary jury trial, and mediation.

Dated: March 7, 2005

{B0378169; 2}

Respectfully Submitted,

| **L'KORAL, INC.** | **L'KORAL, INC.** |
|---|---|
| By its attorneys, | By its authorized representative, |

/s/ Samual A. Miller        /s/ Michael Rosen

Samual A. Miller (BBO# 648568)        Michael Rosen
*smiller@sandw.com*
Sullivan & Worcester LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800

Of Counsel:

Michael R. Heimbold (California Bar No. 173981)

Yakub Hazzard (California Bar No. 150242)
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Suite 4000 North
Santa Monica, CA 90404
(310) 255-9021

{B0378169; 2}

**Certificate of Service**

    I do hereby certify that I have on this 7th day of March, 2005 served, by the method indicated, on counsel listed below, a true and correct copy of the foregoing **Certification Pursuant to Local Rule 16.1(D)(3)**:

Kurt Kusiak, Esq.
Sally & Fitch
225 Franklin Street
30th Floor
Boston, Massachusetts  02110
(by hand)


Theodore Remaklus, Esq.
Wood, Herron & Evans LLP
2700 Carew Tower
Cincinnati, Ohio 45202
(by facsimile and first class mail)


Charles Kindregan, Esq.
Looney & Grossman LLP
101 Arch Street
Boston, Massachusetts  02110
(by hand)


Robert A. Schachter, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York  10105-0143
(by facsimile and first class mail)

                                                          /s/ Samual A. Miller
                                                          Samual A. Miller, Esq.