UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., <br>         Plaintiff <br> v. <br><br> FILENE'S BASEMENT, INC. and <br> RETAIL VENTURES, INC., <br>         Defendants <br><br> FILENES BASEMENT, INC. and <br> RETAIL VENTURES, INC., <br>         Third-Party Plaintiffs, <br> v. <br><br> CHIC LADY, LTD., <br>         Third Party Defendant | CASE NO. 04-12583-PBS <br> Judge Saris <br> Magistrate Judge Cline |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.3, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the third party defendant, Chic Lady, Ltd., states that it does not have any corporate parents, subsidiaries, or affiliates which are publicly held. Chic Lady, Ltd. does not have any corporate parent, nor does any publicly held corporation own 10 percent or more of its stock.

                              CHIC LADY, LTD
                              By Its Counsel:


                              /s/Charles P. Kindregan
                              Charles P. Kindregan (BBO#554947)
                              LOONEY & GROSSMAN LLP
                              101 Arch Street
                              Boston, MA 02110-1112
Date: March 9, 2005            (617) 951-2800

{00261819.DOC;1}