UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L'KORAL, INC., ) | |
| Plaintiff ) | CASE NO. 04-12583-PBS |
| v. ) | Judge Saris |
| ) | Magistrate Judge Cline |
| FILENE'S BASEMENT, INC. and ) | |
| RETAIL VENTURES, INC., ) | |
| Defendants ) | |
| ) | |
| FILENES BASEMENT, INC. and ) | |
| RETAIL VENTURES, INC., ) | |
| Third-Party Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHIC LADY, LTD., ) | |
| Third Party Defendant ) | |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Counsel for third party defendant Chic Lady, Ltd., has conferred with Michael Kamali, an authorized representative of Chic Lady, Ltd., in accordance with Local Rule 16.1(D)(3) and hereby submits the following certification:

Counsel for Chic Lady, Ltd. and client hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the above-captioned litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mini-trial, summary jury trial, and mediation.

                CHIC LADY, LTD
                By Its Counsel:

                /s/Charles P. Kindregan
                Charles P. Kindregan (BBO#554947)
                LOONEY & GROSSMAN LLP
                101 Arch Street
                Boston, MA 02110-1112
Date: March 9, 2005       (617) 951-2800

CHIC LADY, LTD.

By its authorized representative,

/s/Michael Kamali (CPK w/auth.)
Michael Kamali, Pres.

Of Counsel:

/s/Robert A. Schachter (CPK w/auth.)
Robert A. Schachter, Esq.
Robinson, Brog, Leinwand, Greene,
Genovese & Gluck, P.C.
1345 Avenue of the Americas
New York, NY  10105-0143

{00261804.DOC;1}                                   2