UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., <br> Plaintiff <br> v. <br><br> FILENE'S BASEMENT, INC. and <br> RETAIL VENTURES, INC., <br> Defendants <br><br> FILENES BASEMENT, INC. and <br> RETAIL VENTURES, INC., <br> Third-Party Plaintiffs, <br> v. <br><br> CHIC LADY, LTD., <br> Third Party Defendant | CASE NO.  04-12583-PBS <br> Judge Saris <br> Magistrate Judge Cline |

## THIRD PARTY DEFENDANT'S ANSWER

Third Party Defendant Chic Lady, Ltd., answers the third party Complaint filed by Filene's Basement, Inc., and Retail Ventures, Inc., as follows:

1. Admits the allegations of paragraph 1 of the third party complaint.

2. Admits the allegations of paragraph 2 of the third party complaint.

3. Admits the allegations of paragraph 3 of the third party complaint.

4. Admits that Chic Lady Ltd. is subject to personal jurisdiction in this Court but denies that it conducts substantial business within the Commonwealth of Massachusetts.

5. Neither admits nor denies the allegations in paragraph 5 of the third party complaint and respectfully refers the Court to the Complaint for the truth of the assertions alleged in paragraph 5 of the third party complaint.

{00261781.DOC;1}

6. Denies the allegations of paragraph 6 of the third party complaint but admits that it sold certain jeans to the third party plaintiff which it believed to be genuine and authentic goods that were not counterfeit, colorable imitations, or infringements of any trademark or trade dress, and which it further believed was authorized secondary market goods.

7. Admits the allegations of paragraph 7 of the third party complaint.

8. Admits the allegations of paragraph 8 of the third party complaint.

9. Admits the allegations of paragraph 9 of the third party complaint.

10. Admits the allegations of paragraph 10 of the third party complaint.

WHEREFORE, Third Party Defendant Chic Lady, Ltd., respectfully requests that that the third party Complaint be dismissed and requests such other and further relief as this Court deems just and proper.

CHIC LADY, LTD
By Its Counsel:

/s/Charles P. Kindregan
Charles P. Kindregan (BBO#554947)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Date: March 9, 2005