UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L'KORAL, INC., ) | |
|       Plaintiff ) | CASE NO. 04-12583-PBS |
| v. ) | Judge Saris |
| ) | Magistrate Judge Cline |
| FILENE'S BASEMENT, INC. and ) | |
| RETAIL VENTURES, INC., ) | |
|       Defendants ) | |
| ) | |
| FILENES BASEMENT, INC. and ) | |
| RETAIL VENTURES, INC., ) | |
|       Third-Party Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHIC LADY, LTD., ) | |
|       Third Party Defendant ) | |

THIRD-PARTY DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

Third-Party Defendant, Chic Lady Ltd. ("TPD"), by and through its undersigned counsel, hereby submits its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A. <u>Individuals Likely to Have Discoverable Information</u>

| Name | Contact Information | Area of Knowledge |
|---|---|---|
| Kamali, Michael | c/o counsel for TPD | Sales by TPD of allegedly infringing goods, calculation of profit, purchases by defendants |

B. <u>Documents, Data Compilations and Tangible Things</u>

Purchase and sales documents are in the possession, custody, or control of TPD to support its defense.

{00261630.DOC;1}

C.   Damages

No damages are sought.

D.   Insurance

TPD does not carry any insurance that would cover the claims asserted in this action.

|  |  |
|---|---|
|  | CHIC LADY, LTD<br>By Its Counsel: |
|  | /s/Charles P. Kindregan<br>Charles P. Kindregan (BBO#554947)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110-1112 |
| Date: March 9, 2005 | (617) 951-2800 |

{00261630.DOC;1}