UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>FILENE'S BASEMENT, INC. and<br>RETAIL VENTURES, INC.,<br><br>　　　　Defendants and<br>　　　　Third-Party Plaintiffs,<br><br>v.<br><br>CHIC LADY, LTD.,<br><br>　　　　Third-Party Defendant. | Civil Action No.: 04-12583 (PBS) |

## **DEFENDANTS LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), Filene's Basement, Inc., Retail Ventures, Inc., and their counsel hereby certify that they have (a) conferred with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the above-captioned litigation and (b) considered the resolution of the above-captioned litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| FILENE'S BASEMENT, INC. and<br>RETAIL VENTURES, INC. | LOCAL COUNSEL FOR DEFENDANTS |
|---|---|
| By: *[signature]*<br>Julie Davis, Esq.<br>Vice President and General Counsel<br>Retail Ventures, Inc.<br>3241 Westerville Road<br>Columbus, Ohio 43224 | By: *[signature]*<br>Kurt S. Kusiak (BBO #559254)<br>ksk@sally-fitch.com<br>SALLY & FITCH LLP<br>225 Franklin Street<br>Boston, Massachusetts 02110-2804<br>Telephone: (617) 542-554 |

1

LEAD COUNSEL FOR DEFENDANTS

*Theodore R. Remaklus*
Theodore R. Remaklus (Ohio #0061557)
tremaklus@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 241-2324

## CERTIFICATE OF SERVICE

I hereby certify that on *10 March 2005*, served the foregoing by facsimile and first class mail with counsel for all counsel of record for the above-named parties ~~on March ___, 2005.~~

Kurt S. Kusiak

2