UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>L'KORAL, INC., )<br>              Plaintiff )<br>v. )<br>   )<br>FILENE'S BASEMENT, INC. and )<br>RETAIL VENTURES, INC., )<br>             Defendants )<br>   )<br>FILENES BASEMENT, INC. and )<br>RETAIL VENTURES, INC., )<br>             Third-Party Plaintiffs, )<br>v. )<br>   )<br>CHIC LADY, LTD., )<br>             Third Party Defendant )<br>_____) | CASE NO.  04-12583-PBS<br>Judge Saris<br>Magistrate Judge Cline |

## **MOTION TO ADMIT ROBERT A. SCHACHTER PRO HAC VICE**

The third-party defendant, Chick Lady Ltd. (the "Third Party Defendant"), hereby asks this Court to allow Robert A. Schachter to appear *pro hac vice* on behalf of the Third Party Defendant in the above captioned case filed in the United States District Court for the District of Massachusetts.  In Support of this motion, the Third Party Defendant states as follows:

1. Robert A. Schachter is a member of the law firm of ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C., 1345 Avenue of the Americas, 31st Floor, New York, New York 10105.  The law firm's telephone number is (212) 603-6300, and its fax number is (212) 956-2164.

2. Robert A. Schachter is a member in good standing of the Bar of the State of New York and is admitted to practice in the United States Supreme Court, and in the United States District Courts for the Eastern District of New York, Southern District of New York and Northern

District of New York. There are no disciplinary proceedings pending against Robert A. Schachter as a member of the above referenced Courts.

3. Robert A. Schachter has submitted an affidavit, attached as Exhibit A hereto, confirming his status as a member of the above referenced courts and confirming that he is familiar with the Local Rules of this Court.

4. This motion is presented by a member of the Bar of this Court. The filing fee for this motion will be submitted separately to the Clerk's Office.

Wherefore, the Third Party Defendants ask that this Court grant this motion and allow Robert A. Schachter to appear *pro hac vice* in this action.

CHIC LADY, LTD
By Its Counsel:

/s/Charles P. Kindregan
Charles P. Kindregan (BBO#554947)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110-1112
Date: March 11, 2005            (617) 951-2800

```
-----------------------------------------------------------x
L'Koral, Inc.,                              :     Case No. 04-12583PBS
                           Plaintiff,             Judge Saris
         - against -                              Magistrate Judge Cline

Filene's Basement, Inc., and Retail Ventures, Inc.,   :

                          Defendants;

Filene's Basement, Inc., and Retail Ventures, Inc.,

                      Third Party Plaintiffs,

         - against –
Chic Lady, Inc.,
                     Third Party Defendant.
-----------------------------------------------------------x
```

## AFFIDAVIT OF ROBERT A. SCHACHTER IN SUPPORT OF MOTION FOR

## ADMISSION PRO HAC VICE

```
STATE OF NEW YORK    )
                       ss.:
COUNTY OF NEW YORK  )
```

ROBERT A. SCHACHTER, of full age, being duly sworn, deposes and says:

1. I am an attorney in good standing of the Bar of the State of New York and am admitted to practice in the United States Supreme Court, the Second Circuit Court of Appeals, and the United States District Courts for the Eastern, Southern and Northern Districts of New York. There are no disciplinary proceedings pending against me in said Courts.

{00262047.DOC;1}

2. I am a member of the law firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. In this capacity, I have represented the third party defendant, Chic Lady, Ltd since 2004 on several transactions and litigation matters.

3. My request for this Court's permission to appear <u>pro hac vice</u> in this matter is grounded on my law firm's existing attorney/client relationship with Chic Lady, Ltd., my prior discussions and negotiations with plaintiff's New York counsel, my appearance as attorney for defendant in <u>L'Koral Inc. v. Chic Lady, Ltd., et. al.</u>, U.S.D.C., S.D.N.Y., presently pending and involving the same facts and circumstances as in the case at bar, and the request by Chic Lady, Ltd. that I represent them herein. I am fully familiar with the facts and circumstances presented in this lawsuit.

4. I am associated in this matter with Charles P. Kindregan, Massachusetts counsel of record, who is qualified to practice pursuant to LRD. Mass. 83.5.1(a)(1).

5. I am familiar with the Local Rules of United States District Court for the District of Massachusetts.

For the foregoing reasons, I respectfully request that I be admitted <u>pro hac vice</u> to appear in this Court for the limited purpose of representing the Third Party Defendant in the above-captioned action.

ROBERT A. SCHACHTER

Sworn and Subscribed to before me this
10th day of March, 2005.

Notary Public

PHILIP T SIMPSON
NOTARY PUBLIC STATE OF NEW YORK
NO. 02SI4930667
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JUNE 13, 2006

{00262047.DOC;1}

2