UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FILENE'S BASEMENT, INC. and )<br>RETAIL VENTURES, INC., )<br>)<br>Defendants and )<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>CHIC LADY, LTD., )<br>)<br>Third-Party Defendant. ) | Civil Action No.: 04-12583 (PBS) |

## **DEFENDANTS LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), Filene's Basement, Inc., Retail Ventures, Inc., and their counsel hereby certify that they have (a) conferred with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the above-captioned litigation and (b) considered the resolution of the above-captioned litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

FILENE'S BASEMENT, INC. and
RETAIL VENTURES, INC.

By: _____
Julie Davis, Esq.
Vice President and General Counsel
Retail Ventures, Inc.
3241 Westerville Road
Columbus, Ohio 43224

LOCAL COUNSEL FOR DEFENDANTS

By: _____
Kurt S. Kusiak (BBO #559254)
ksk@sally-fitch.com
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-554

LEAD COUNSEL FOR DEFENDANTS

*Theodore R. Remaklus*
Theodore R. Remaklus (Ohio #0061557)
tremaklus@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 241-2324

**CERTIFICATE OF SERVICE**

I hereby certify that on _10 March 2005_, served the foregoing by facsimile and first class mail with counsel for all counsel of record for the above-named parties ~~on March ___, 2005.~~

*Kurt S. Kusiak*
Kurt S. Kusiak

2