UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

L'Koral, Inc.
Plaintiff,

        V.                                  Civil Action Number
                                        04-12538-PBS

Filenes Basement, Inc., et al
Defendant.                                       March 11, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 7/29/05

Plaintiff's expert designation deadline: 8/31/05

Defendant's expert designation deadline: 9/30/05

Expert discovery deadline: 10/31/05

Summary Judgment Motion filing deadline: 11/30/05

Opposition to Summary Judgment Motions: 12/15/05

Hearing on Summary Judgment or Pretrial Conference: 1/12/06 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2005

                                                              By the Court,

                                                              /s/ Robert C. Alba
                                                             Deputy Clerk