UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC.,                                    ) | |
|                                                   ) | |
|     Plaintiff,               ) | |
|                                                   ) | |
| v.                                                ) | |
|                                                   ) | |
| FILENE'S BASEMENT, INC. AND                       )  Civil Action No. 04-12583 (PBS) |
| RETAIL VENTURES, INC.,                            ) | |
|                                                   ) | |
|     Defendants and             ) | |
|     Third-Party Plaintiffs,   ) | |
| v.                                                ) | |
|                                                   ) | |
| CHIC LADY, LTD.,                                  ) | |
|                                                   ) | |
|     Third-Party Defendant.    ) | |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Fed. R. Civ. P. 25(c), Plaintiff L'Koral, Inc. ("L'Koral"), through its counsel, hereby moves for an order substituting its successor-in-interest, Seven For All Mankind, LLC, as plaintiff in this action.

L'Koral submits a memorandum of law and the Declaration of Michael Rosen in support of this motion.

April 6, 2005

L'KORAL, INC.,

By its attorneys,


/s/ Samual A. Miller
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

{B0393749; 1}

-2-

OF COUNSEL:

Michael R. Heimbold (California Bar No. 173981)
Yakub Hazzard (California Bar No. 150242)
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Suite 4000 North
Santa Monica, CA 90404
(310) 255-9021

{B0393749; 1}

-3-

## LOCAL RULE 7.1 CERTIFICATION

On April 6, 2005, counsel for Plaintiff conferred by electronic mail with all counsel and received their assent to the relief requested in this motion.

/s/ Samual A. Miller
Samual A. Miller

{B0393749; 1}