UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FILENE'S BASEMENT, INC. AND RETAIL VENTURES, INC., <br><br> Defendants and Third-Party Plaintiffs, <br><br> v. <br><br> CHIC LADY, LTD., <br><br> Third-Party Defendant. | Civil Action No. 04-12583 (PBS) |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Plaintiff L'Koral, Inc. ("L'Koral") has brought this action as part of its efforts to address the manufacture, distribution and sale of counterfeits of its popular "Seven For All Mankind" jeans ("Counterfeit Merchandise") bearing versions of L'Koral's registered and common-law trademarks and other intellectual property (the "Marks"). Specifically, in this action, L'Koral alleges claims against defendants for trademark counterfeiting, trademark infringement, trademark dilution, unfair competition and related claims arising out of defendants' distribution, and/or sale of Counterfeit Merchandise. Subsequent to the filing of this action, L'Koral assigned to Seven For All Mankind, LLC, a limited liability corporation formed under the laws of Delaware ("7FAM"), all of its rights, title and interest in the Marks. (See Rosen Decl., ¶ 2 (attached hereto as **Exhibit A**)). By this assented-to motion, L'Koral seeks an order substituting 7FAM as the formal plaintiff in this action.

{B0393739; 1}

-2-

Federal Rule of Civil Procedure Rule 25(c) establishes the procedure when a party transfers interests at issue in a pending action. It provides: "In case of any transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party. Service of the motion shall be made as provided in subdivision (a) of this Rule."

With this assented-to motion, L'Koral has complied with the requirements of Rule 25(a) and (c). 7FAM is the successor-in-interest to L'Koral with regard to the Marks at issue in this civil action. L'Koral and 7FAM have filed numerous actions in various jurisdictions to protect their interests in the Marks both before and after transfer of the Marks. 7FAM prefers that all litigation concerning those Marks be conducted in its name to alleviate any potential future confusion that might arise from any court order or judgment entered in these actions.

The order sought will in no way impact the conduct of this civil action, will engender no delays, and does not in any manner prejudice defendants. For the foregoing reasons, L'Koral respectfully requests that the Court grant its motion and enter an order substituting 7FAM as the plaintiff in this action in place of L'Koral.

April 6, 2005

L'KORAL, INC.,

By its attorneys,

/s/ Samual A. Miller
Samual A. Miller (BBO #648568)
smiller@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

-3-

OF COUNSEL:

Michael R. Heimbold (California Bar No. 173981)
Yakub Hazzard (California Bar No. 150242)
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Suite 4000 North
Santa Monica, CA 90404
(310) 255-9021

{B0393739; 1}

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FILENE'S BASEMENT, INC. AND )<br>RETAIL VENTURES, INC., )<br>)<br>Defendants and )<br>Third-Party Plaintiffs, )<br>v. )<br>)<br>CHIC LADY, LTD., )<br>)<br>Third-Party Defendant. )<br>) | Civil Action No. 04-12583 (PBS) |

### **DECLARATION OF MICHAEL ROSEN**

I, Michael Rosen, declare:

1.  I am the Chief Financial Officer and Secretary for L'Koral, Inc. I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2.  On or about February 24, 2005, L'Koral assigned to Seven For All Mankind, LLC, a limited liability corporation formed under the laws of Delaware, all of its rights, title and interest in certain trademarks and associated good will relating to garments sold under the trade name "Seven For All Mankind." A true and correct copy of this assignment is attached hereto as Exhibit 1.

{B0393840; 1}

-2-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of March, 2005 at Los Angeles, California.

/s/ Michael Rosen
Michael Rosen

{B0393840; 1}

# EXHIBIT 1

{B0393840; 1}

EXECUTION COPY

## TRADEMARK ASSIGNMENT

THIS TRADEMARK ASSIGNMENT (this "Assignment") is made and entered into as of February 24th, 2005 ("Effective Date") by and between L'Koral Incorporated, a corporation incorporated under the laws of California ("Assignor"), and Seven For All Mankind, LLC, a limited liability corporation formed under the laws of Delaware ("Assignee").

WHEREAS, Assignor is the owner of the trademark registrations and the applications for trademark registration in the United States set forth on Schedule A (collectively, the "Marks");

WHEREAS, Assignor wishes to assign to Assignee, and Assignee wishes to acquire from Assignor, all right, title and interest in and to the Marks, together with the goodwill associated therewith.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby contributes and otherwise conveys, assigns, transfer and delivers to Assignee the entire right, title and interest in and to the Marks, together with the goodwill of the business symbolized by the Marks, including, without limitation, any translations, adaptations, derivations and combinations thereof and renewals in connection therewith, for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors, assigns or other legal representatives, as fully and entirely as the same would have been held and enjoyed by Assignor if this Assignment had not been made, together with all income, royalties or payments due or payable as of the Effective Date or thereafter, including, without limitation, all claims for damages by reason of past, present or future infringement, dilution or other unauthorized use of the Marks, with the right to sue for, and collect the same for Assignee's own use and enjoyment and for the use and enjoyment of its successors, assigns or other legal representatives.

Assignor hereby requests the United States Commissioner of Patents and Trademarks to record Assignee as the assignee and owner of the Marks.

\* \* \* \* \*

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed by their duly authorized representatives as of the Effective Date

L'KORAL INCORPORATED,
a California corporation

By: _____
Peter Koral, Chief Executive Officer

SEVEN FOR ALL MANKIND, LLC,
a Delaware limited liability company

By:   L'Koral Incorporated
      Its Sole Member

By: _____
Peter Koral, Chief Executive Officer

Trademark Assignment

## SCHEDULE A

| Trademark | Filed | Serial No. | Registration No./Issue Date (if applicable) |
|---|---|---|---|
| 7 FOR ALL MANKIND | 10/26/01 | 76/330,171 | |
| 7 FOR ALL MANKIND | 10/26/01 | 75/983,008 | Registered 10/5/04 2,890,644 |
| 7 FOR ALL MANKIND | 6/1/04 | 78/428,268 | |
| 7 FOR ALL MANKIND | 1/27/05 | 78/555,508 | |
| 7 FOR ALL MANKIND | 2/7/05 | 78/562,271 | |
| 7 FOR ALL MANKIND (Stylized) | 11/1/01 | 76/333,111 | |
| 7 FOR ALL MANKIND (Stylized) | 11/1/01 | 75/983,009 | Registered 10/5/04 2,890,645 |
| FOR ALL MANKIND | 10/30/01 | 76/332,328 | |
| FOR ALL MANKIND | 10/30/01 | 75/982,990 | Registered 6/17/03 2,726,272 |
| FOR ALL MANKIND | 7/9/03 | 78/272,388 | |
| FOR ALL MANKIND | 6/1/04 | 78/428,263 | |
| MANKIND | 11/23/93 | 74/462,357 | Registered 7/11/95 1,905,065 |
| SEVEN FOR ALL MANKIND | 10/2/01 | 76/320,287 | |
| SEVEN FOR ALL MANKIND | 10/2/01 | 75/983,026 | Registered 5/18/04 2,842,072 |
| SEVEN FOR ALL MANKIND | 1/31/05 | 78/557,373 | |

- 3 -

| Trademark | Filed | Serial No. | Registration No./Issue Date (if applicable) |
|---|---|---|---|
| SEVEN FOR ALL MANKIND | 2/7/05 | 78/562,258 | |
| Design Only | 11/1/01 | 76/333,011 | |
| Design Only | 11/1/01 | 75/982,867 | Registered 12/2/03 2,787,838 |
| Design Only | 4/16/03 | 78/238,552 | |
| Design Only | 4/16/03 | 78/238,548 | |
| Design Only | 11/22/04 | 78/521,445 | |
| Design Only | 2/7/05 | 78/562,283 | |

- 4 -