UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L'KORAL, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>FILENE'S BASEMENT, INC. AND<br>RETAIL VENTURES, INC., )<br><br>Defendants and<br>Third-Party Plaintiffs, )<br>v. )<br><br>CHIC LADY, LTD., )<br><br>Third-Party Defendant. ) | Case No. 04-12583PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This Court having considered the pleadings on file herein, and Plaintiff, Defendants and

Third-Party Defendant having consented, this Court hereby orders that this action, and all claims,

third-party claims and counterclaims raised therein, is hereby dismissed with prejudice and

without costs.

SO ORDERED:

_____          _____
U.S.D.J.                                                         Date

{N0041985; 4}

CONSENTED TO BY:

FILENE'S BASEMENT, INC.

By: _____/s/ Julie Davis_____          _____5-31-05_____
Name:          Julie Davis                                    Date
  Title:     Executive VP & General Counsel

RETAIL VENTURES, INC.

By: _____/s/ Julie Davis_____          _____5-31-05_____
Name:          Julie Davis                                    Date
  Title:     Executive VP & General Counsel

CHIC LADY, LTD.

By: _____/s/ Michael Kamali_____          _____6/30/05_____
Name:          Michael Kamali                                Date
  Title:

L'KORAL, INC.

By: _____/s/ Peter Koral_____          _____7-6-05_____
Name:          Peter Koral                                    Date
  Title:     Chief Executive Officer

{N0041985; 4}